We caught you a few minutes early. I hope you're ready to go. This panel is sitting in Jackson, Mississippi, even if the two of you aren't. All three of us over in Mississippi hearing these cases today. We have three to hear. The first one is United States v. Jesus Garcia. Um, we'll hear from the appellant. Good morning. May it please the court. My name is Nelson e ball and I am counsel for the appellant Jesus Garcia. Mr Garcia is asking this court to vacate the supervised release conditions concerning drug, including the drug treatment condition and the payment condition. The reason he's asking for this court to vacate those conditions is that the there is no notice from the district court that it was going to adopt the drug treatment condition or the payment condition. Furthermore, the payment In other words, this case is all about sandbagging. To my first point, the order setting additional terms of supervised release that was apparently not even entered until after the oral pronouncement. And you say, apparently, I mean, that's so problem is we don't know really what was before the court, what it was signed or or any of the documents that are referred to. Do we understand? Can you help us understand that? Yes, yes, the order setting additional terms of supervised release. It does have a time second. That's just the time it was. It's filed. It's not an indication of whether the defendant was shown it or otherwise knew about it. Correct? That's correct, Your Honor. And did you handle this in district court? I did not, Your Honor. I'm not asking to make any representations. And perhaps your friend on the screen also did. But it seems to me that there are unknowns here and two questions for us, but also for you. Uh, how significant are those unknowns? And they are significant. How do we get answers to him? Do we vacate and send back the district court for do over? Do we not even vacate but just ask for supplementation by the district court? So it seems to me there's nothing illegal about these provisions. Is there? I mean, he's talked about debtors prison. So maybe you would say the $25 subject to incarceration of doesn't pay it is your view of it. That's an illegal sentence. But isn't most of this really a problem of us not knowing whether your client was told these things before he pled guilty? That's correct, Your Honor. And on top of that, he also we don't just saying all this is is void necessarily. How do we find out whether can we just try to find out in some procedure whether he did know about it? If not, he gets to be re sentenced. Well, I suppose there could be a limited remand in order to see if the record can be supplemented. Well, keep going with whatever you want to say. I'm just trying to figure out if the flaw is whether he knew not that he didn't know, but whether he knew and there are ways to find out. The like I said, I suppose the possibility for a limited remand to see if we can get to the bottom of this. But as the record stands, I mean, there's just simply no evidence that Mr Garcia received notice ahead of time. What was it? What was the document that he said? Uh, when they were pronounced in the oral sentence that he had seen and that he and his counsel said he had no objection to it. What was that document that he had seen and he had no objection to it? Yeah. The judge asked him if you had a chance to review this this document, and he said yes. And his lawyer said he had no objection to it. Right, right. We just don't know on this record. Council to build on that point. I'm looking at record on appeal 205 and it's the it's the dialogue between the court and Mr Garcia's counsel and to judge Charlie's point, they clearly are referencing a document. The district court calls it, I think, a judgment. Um, but he he asked specifically if he's reviewed that with his client and the lawyer says yes. So what is that document? What is your position as far as that document that they're talking about there that has some conditions in it that the court orders imposed? It's just not clear. I mean, there's there's no identification in this existing record as to what that document is. Okay, well, whose burden is it here to demonstrate the case that the plaintiff is and that the defendant is making? The defendant has some burden to show that his summons was faulty and simply cannot show that it was faulty because it the evidence is unclear, and he loses. Is that right? No, no, no, Your Honor. Why is that right? Well, because, uh, we requested the full transcript. We requested all the record on appeal, and there's just simply a vacuum here. He can't show there was an error. Well, he can't show there is an error because, uh, whatever the error is. I mean, it's it's, uh, it's it's very narrow and essentially almost non consequential. Well, no, no, it is consequential because in this court's Diggle's opinion, it says that has it tangibly consequential to your client. Well, because my client received no notice of these supervised conditions. Well, I mean, that's is that how do we know he didn't receive notice? You haven't shown that. Yeah. Well, but by providing this court with the transcripts and with the record on appeal, there's just simply I mean, if you look at the docket sheet, the docket sheet says that he was sentenced on April 22nd at nine a.m. Before April 22nd at nine a.m. There's no evidence that he was put on notice of these two supervised release conditions. All that we have is this order setting additional terms of supervised released, which is times times 10 17. What document was it that he said that he had read and he understood at Sonnenson? It's unclear. It could have been the proposed judgment. It could have been the standard conditions of supervised release that the, uh, that the court has that the district court has. It's just not clear. It's not apparent. Why would we not? And there may be a reason for it. Why would we not treat this appeal like you would any other appeal that a defendant may make or most any other different would make and just say the burden is on him to show that there was an error. Sometimes it's in the jury verdict. Sometimes it's with the court, and he has not shown it. And, you know, not having shown it, he loses what we have shown it. We've shown that there's been no notice of these two supervised release conditions. No notice of the drug can do drug treatment condition. We didn't know whether they've been noticed. I thought that was one of the issues. I'm sorry, Mr Judge, Your Honor. No, I'm just saying what notice are you talking about? What do you not receive notice of? What are you contending that it is clear he received no notice about the drug treatment condition and the payment condition? Well, that how do we know that when I thought that's what we didn't know? Well, well, there's an absence of any notice in the record. Well, the council that what about the dialogue between the court and Mr Garcia's counsel where they're clearly referencing the court calls it a judgment that the conditions contained in this judgment as well as the mandatory and special conditions stated here in. I mean, if the court had said and called it an order, would that have been an adequate pronouncement under diggles? In other words, it would have been the order setting forth these special conditions, right? Yes, that would have been better. I think that the best would be if he had, you know, identified it specifically as the order setting additional terms of supervised release. But well, counsel for your client wasn't considering this either in district court. Um, that lawyer was part of the dialogue with the judge. The judge was talking about some document. Uh, certainly an opportunity for the for identify your honor. We have looked at the X given it some label to make make it clear on the fact that nobody was thinking about. That doesn't surprise me. I wouldn't have either, I expect. But nonetheless, what we do with that is Judge Jolly's question to you and my my other colleagues to why is that reversible send back as opposed to and it may well be as opposed to just the record doesn't support your argument because he may well have been told all this in that dialogue or that that confirmed that he had seen all this as that dialogue with the judge was getting to the again. I just go back to the notice requirement from diggles. Uh, on this record, there's just a notice requirement. You're making it a record requirement. And his diggles really say that that the record if the record does not show, even though he may have been, the record does not show he was told of the kind of conditions he has to be told orally as opposed to the stand conditions and other matters. Um, I mean, this is an important case as we work through what diggles means and what district judges have to do and who's sort of responsibility it is. And I think your position is it's the court district court's responsibility to make sure that the record shows what he was told, uh, as opposed to the defense counsel's responsibility to show what he was told and not told. So it is Mr Garcia's position that it is the district court's responsibility to make sure that there was notice. So he has an opportunity to object. He gave him notice of something, and there was no objection to that. You have anything else for us? I mean, really? Yes, Your Honor. The other thing, too, is that, um, it doesn't appear that the district court actually gave notice of this drug treatment condition because, after all, the district court did give notice that Mr Garcia was going to be in the read app program, the residential drug abuse program, and this court can take judicial notice of the fact that that is an intensive program, and it wouldn't make sense to have someone do the read app program in prison for nine months, the special program and then have to do effectively the same thing all over again when he's released from prison. And I think that really goes to the district court's intent. Oh, yes. The other thing that I want to highlight is the fact that, uh, this imprisonment for debt is just unacceptable under the law under under the statute that that was noted in the 28 Jade letter that was filed about a week ago and then also the Texas Constitution. Counsel, how is it imprisonment for death, given the court found that he had earnings capacity when he got when he when he gets released from prison? Well, it's not certain that he will definitely be earning money at that time. I mean, it's not certain that he won't be either. And that's sort of the broader point. Isn't this a premature question right now? Because even if were he to get out and worry be unable, were he on drug treatment, wouldn't he then have recourse before the courts before he's ever imprisoned again? Yes, that that certainly is a good point. But I think that another consideration is what Judge Posner mentioned in the Siegel decision in this in the Seventh Circuit that you shouldn't. The district court judge should anticipate the possibility that maybe he cannot pay for his his treatment. And, you know, perhaps do that here by finding that he would he would have prospects for employment once he got out. Right. But I think the district court should have gone one step further and said that, uh, Mr Garcia didn't need to pay unless it was feasible. In other words, say, for instance, you know, of course, there is a possibility, but there's that he may have the employment to be able to pay back the money. But there's also the possibility he wouldn't be able to pay it back. And I think that the district court should have qualified this payment condition by saying that he didn't have to pay unless it was feasible for the defendant. I think that would have complied with the, uh, prohibition against imprisonment for death. Feasible mean  Good morning, Your Honors. May it please the court. Nick Bunch for the United States. Uh, I want to start with the issue of what is the record show, and it's the government's position that there is no ambiguity at all in this record. You must be looking at a different record, but go ahead. Uh, the district court provided a document entitled Order setting additional terms of supervised release. The document is signed by the defendant. When did the district court provide it, Counsel? Uh, in speaking from experience practicing in front of this judge, I did not handle this case at that level, but the court provides it at the outset of the hearing. Where is that preserved? It's not in the record, Your Honor. You can't see that clearly in the record. There is the transcript on page 205 that your honor's pointed to where the district court judge references that he's going to impose the standard conditions contained in the judgment plus the mandatory and special conditions stated here. And he asks Mr Garcia's lawyer. Have you seen this? Have you gone over it with your client? Asked the defendant if he understood the conditions, and he asked if there were any objections to those conditions. If the lawyer had any concern or doubt or uncertainty as to what he was being asked to answer at that point in time, that's when he needs to raise the issue of judge. This is an important question on going forward for your office and all the other officers in this circuit on diggles, and it would be helpful. I'm asking you not to go outside your role and whatever your position is in this practice, we gotta have a record would be a fair argument of what was done in this case and what the defendant knew at the time he was pleading guilty in light of what diggles is saying, uh, and must be pronounced orally. Um, and so if district judges knew that and U. S. Attorneys knew and defense counsel knew that you need to put on the record what all the individual knew before pleading guilty. If the judge is not gonna orally pronounce it for the transcript, that would be helpful. And what you're saying is I'm asking you respond to it. I'm not saying how we're gonna come out on this. We haven't anyway. What you're saying is, if common practice in that if district is to do X, uh, somebody can represent that to us after the fact, and we're good to go. It doesn't sound like a very practical way to proceed. Let me let me try to respond to that. Judge Southwick. So first off, just to clarify, the issue is not what did Mr Garcia know before he pled guilty? This this hearing this issue comes up at the time of sentencing. So Mr Garcia's already pled guilty as part of the ruling. Of course, right. So the question is, what does he need to be notified of the sentencing hearing? And prior to Diggles, this court's case law said that if it was a discretionary condition, they had to be read into the record orally advised of those conditions at the hearing. Um, and if not, there were many, many cases that came before this court where the judge would say one thing at the hearing, but the written judgment would say something different, and those would conflict in those cases were often sent back to conform the judgment to whatever the judge actually said at the What Diggle says is in the way the government reads it is that as long as the defendant has notice and the opportunity to object to the conditions, then that's sufficient. The judge can adopt some written document as opposed to mechanically reading those conditions into the record at the hearing. Diggles went went further than that. In the very end of the Diggles opinion, it talks about how the court is not mandating any particular procedure as long as the sentencing judge notifies the defendant of the conditions and allows an opportunity to object. There will be no conflict with the judgment that lists those conditions. The court even talked about the practice that occurred in this case. That's in footnote seven of the court's Diggles opinion, and it talks about how the practice of adopting written recommendations gives the defendant multiple opportunities to object. They can object to a PSR if the conditions are listed there. They can object in the court adopts the PSR. They can object when handed a document listing the conditions at the hearing, and they can object when the court adopts the conditions. The district court followed that, even though this sentencing occurred prior to Diggles. This district court followed that. How do we know? How do we know the council followed it? We got your representation. There's no other document. I'm not. And you actually said you're not participating in this one, so there could have been a mistake in this case where it wasn't done. But regardless, accepting that that's the general way it's done in the far better practice to have something in the record where we can check the block and say Diggles was complied with your we can't tell from this record that Diggles was complied with. Respectfully, Your Honor, we disagree with that. The district court provided a document. It's titled Order Setting Additional Terms of Supervised Release, signed by the defendant. So the defendant, he got it. It's dated by the defendant on April 22nd, 2019, the day of his sentencing hearing. What if it was signed after the sentencing hearing was over and the lawyer and the fellow sat down with whatever they're supposed to sign? Is that good enough? If the record bore that out that the defendant had no idea what the conditions were, then no, I don't think that would comply with what you know the same day, even though it's a 10 17 when the sentencing hearing entered a 10. But that's not the record we have on these facts. The district court went over the document with the defendant during the hearing. How do we know that it says while on release, you can still comply with the standard conditions contained in this judgment. And that what we know as well. And then it goes forward to say, as well as the mandatory and special conditions stated here in the document is the judgment here in Syrian sounds like a judgment to me. Well, I think the court is referencing the standard conditions that are contained in the form judgments issued by the Judicial Commission. And then he says, Have you gone over those conditions with your client? Yes. Do you understand them? The defendant affirmatively says he does. And then he's asked if there are any objections to them. And if there were any confusion or concern as to what those conditions were, that's when the lawyer can raise the question. Judge, what are we talking about? At this point? I don't believe there's any confusion here in this record. Documents reflect the special and mandatory conditions as for this guy's sentence. How many documents are there? There's there is the one document signed on April 22nd, 2019. And then the same are also in the document. Does the court use? What name does the court use for the document he's talking about? But he references the standard conditions contain. What document does he say he's referring to? He says judgment right for record. And then he says, as well as the mandatory and special conditions stated here in. Okay, I think we hear how you deal with it. And you may well convince the panel, including me. Let's say you don't convince the panel and we don't think giggles has been complied with. What do we do? I think your honor can send your honors can send it back for a limited remand to make a sentence or we leave the sentence in place. You leave the sentence in place. You send it back to provide the district court the opportunity to make clear on the record that he is imposing these particular  the judgment. Would that need to be a hearing with counsel and the client to for that matter? I think to comply with giggles, I think the defendant would need to be there and to express his his acknowledgement that he received those that he got notice of the conditions that he could raise whatever objections he wanted to raise at that particular point in time. Eso Yes, I believe it would need to be that way to comply with this court's opinion. Yes. How do you respond to the debtor's prison argument? I think, like Judge Wilson said, I think it's a premature issue. I think that, um, if after Mr Garcia serves his time and he is unable to obtain employment to make any sort of cost contribution to his drug treatment program, he can raise the question of his, quote, imprisonment for debt at that particular point in And in preparing for argument, and I can supplement in a 28 J letter, but there's certainly case law from this district in the restitution context that implicit in a condition ordering someone to pay restitution is the ability to pay. And so implicit in this condition is Mr Garcia's ability to pay the particular amount of money. And so at this point, it's premature. If he gets out of prison and is able to work and can contribute right if he's not able to, then someone tries to revoke him simply because he cannot pay. He could raise his imprisonment for debt argument that time. All right, Council. Thank you, Your Honors. I appreciate it. Thank you. We'll hear from Mr E ball. Thank you, Your Honors. If this case is remanded, the defendant, Mr Garcia definitely needs to be there. Because let's say, for instance, that the court did intend to impose a drug treatment condition after he's released from Prius prison. That doesn't square with the residential drug abuse program. There was also recommended while he's in treatment when there's no reason for it. And so, Mr Garcia, this I mean, that's a fair point. But if the real question here, and it seems to be one that you're raising is how much was he told at the time of sentencing to make sure that written sentence is consistent with the oral pronouncements. If, in fact, the district judge says on remand, where we to go that route that what I was showing what we were discussing, Mr Smart and I was the order setting additional terms of supervised release. And he had it in his hand, and I had my hand. Everybody knew that. If that's true, does that resolve these issues? And do you really need a new sentencing here? Yes. Again, because it doesn't make sense to have the read app program recommended and to have this drug treatment after he's released from prison, too. But it didn't make sense. If it didn't make sense now, it didn't make sense at the time. And the premise of my question is that was all in front of council. Mm hmm. I don't know. It's Yeah, it's a fair point. Uh, I agree. I agree. It's a It's a fair point. Yours is a fair point. I don't mind this. But your argument is double dose of drugs or drug treatment. Mm hmm. Mm hmm. That makes sense. Mm hmm. Right. I just think I mean, again, I just want to harp back on the fact that there was just no notice. And I think that if there had been clear notice in the record, then maybe there wouldn't have been this confusion about a double dose of drug treatment. All right, Council. Anything else? Uh, no, Your Honor. Thank you very much for your attention today. Thank you both. You helped us understand this case. And I do feel I was a bit sharp with Mr Bunch. I didn't mean to. I don't know why I got that way. My colleagues will calm me down. But anyway, you both were quite help. No problem, Your Honor. Thank you. All right. Thank you. That I was like, if Grady Jolly was presiding, it had been a lot worse. Let me assure you. No, it would not have been. All right, we'll take this case under advisement. Thank you, Your Honor. See me.